IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-377-GCM**

|                                        |     |            |
|----------------------------------------|-----|------------|
| MARK SCHACHTER and wife CLARE SCHACHTER, | )   |            |
|                                        | )   |            |
| Plaintiffs,                            | )   | **ORDER**  |
|                                        | )   |            |
| v.                                     | )   |            |
|                                        | )   |            |
| ASSURANCE COMPANY OF AMERICA,          | )   |            |
|                                        | )   |            |
| Defendant.                             | )   |            |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 7] on September 28, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, November 7, 2007, at 10:00 a.m.**

IT IS SO ORDERED.

Signed: October 15, 2007

Graham C. Mullen
United States District Judge