# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-cv-377-GCM

| | |
|---|---|
| MARK SCHACHTER and wife, CLARE SCHACHTER, <br><br> Plaintiffs, <br><br> v. <br><br> ASSURANCE COMPANY OF AMERICA, <br><br> Defendant. | **ORDER** |

**THIS CAUSE COMING ON TO BE HEARD** and being heard upon the filing of the Motion to Extend Deadlines (document #15) by the parties.

For good cause show, **IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that the Pretrial Order and Case Management Plan will be modified as follows:

Defendant shall designate an expert(s) no later than **June 13, 2008**;

All discovery shall be completed no later than **September 28, 2008**;

All motions shall be filed no later than **October 28, 2008**.

This modification, along with the provisions of the Pretrial Order and Case Management Plan shall govern this case from the date of filing through discovery, the filing of all motions, mediation or other alternative dispute resolution, and trial.

**SO ORDERED.**

**The Clerk is directed to send copies of this Order to counsel for the parties.**

Signed: May 8, 2008

Graham C. Mullen
United States District Judge